# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN MUNOZ, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | Case No.  1:24-cv-00540-KES-SAB<br><br>ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF<br><br> (ECF No. 6)<br><br>DEADLINE: JULY 8, 2024 |

On May 13, 2024, Defendants U.S. Army Corps of Engineers and U.S. Department of Agriculture-Forest Service ("Federal Defendants") filed the instant motion for administrative relief requesting an extension of time to file a response to the complaint due to needing additional time to investigate.  The Federal Defendants assert that Plaintiffs and the State of California do not oppose the requested relief.  No opposition to the motion has been filed.  The Court finds that good cause exists to grant the relief requested.

Accordingly, IT IS HEREBY ORDERED that Defendants U.S. Army Corps of Engineers and U.S. Department of Agriculture-Forest Service shall file a responsive pleading on or before July 8, 2024.

IT IS SO ORDERED.

Dated:   **May 21, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1